Case 1:22-mj-00241-MAU   Document 1-1   Filed 11/03/22   Page 1 of 2

Case: 1:22–mj–00241
Assigned To Magistrate Judge: Upadhyaya, Moxila A.
Assign. Date : 11/3/2022
Description: Complaint w/ Arrest Warrant

## STATEMENT OF FACTS

On November 2, 2022, EMILY PATERSON, ROLANDE BAKER, and NICOLE ENFIELD were attending oral arguments at the Supreme Court of the United States, located at 1 First Street N.E., Washington, D.C., as members of the public and were seated inside the courtroom. Officers Colin Porter, Ronald Bolls, Tyler Sheehy and Jacob Habecker were assigned to the Courtroom Detail inside the Supreme Court Courtroom that morning. At approximately 9:55 a.m., Officer Porter stated to the public seated in the courtroom, including PATERSON, BAKER, and ENFIELD, "Welcome to the Supreme Court of the United States. During today's oral argument, it is important that you remain seated and silent while Court is in session."

At approximately 10:00 a.m., the Marshal of the Supreme Court convened the argument session by saying, "The Court is now in session." PATERSON was seated in the south side of the courtroom, BAKER was seated in the North side, and ENFIELD was seated at the center-rear of the courtroom.

At approximately 10:02 a.m., the court was in session, the oral argument had commenced, and all nine Supreme Court Justices were seated on the bench. Officer Bolls noticed ENFIELD, appear to be nervously looking to the left and right of her as if expecting something to occur. Immediately afterwards, PATERSON stood up from her seat and loudly stated: "Women rise and denounce Dobbs! American women remember to vote!" Officer Sheehy immediately moved in front of PATERSON and escorted her out of the courtroom. At the time of PATERSON'S statement, an attorney in the case before the court had been invited to begin his argument and had started speaking. The attorney paused until PATERSON stopped speaking.

Shortly thereafter, the attorney resumed his argument. Less than one minute into the argument, BAKER stood up from her seat, interrupted counsel, and loudly stated: "Women vote for our right to choose!" The attorney again stopped speaking. Officer Bolls immediately moved in front of BAKER and helped Officer Habecker escort her out of the courtroom. After PATERSON was escorted out of the courtroom and after the attorney had resumed his argument, ENFIELD stood up from her seat and loudly stated: "We will restore the right to choose! All women!" The attorney again stopped speaking. Officer Bolls immediately responded to where ENFIELD was standing and escorted her out of the courtroom. While Officer Bolls was about to escort ENFIELD out of the courtroom, ENFIELD stated to Officer Bolls: "The Court was wrong in that decision"

PATERSON, BAKER, and ENFIELD'S statements could be heard throughout the courtroom and were captured on the court's audio recording. Each statement interrupted the argument being conducted.

After BAKER was placed under arrest, law enforcement recovered two small scraps of notebook paper from her. One bore the message "We will restore our freedom to choose. Women of America vote."  The other read: "We rise respectfully to denounce the repeal of Roe! Women of America vote! Our right to choose will not be stripped away. Women of America vote!"

## CONCLUSION

Based on the above information, there is probable cause to believe that EMILY PATERSON, ROLANDE BAKER, AND NICOLE ENFIELD committed the offense of Speeches and Objectionable Language in the Supreme Court Building (Misdemeanor), in violation of 40 U.S.C. § 6134 on November 2, 2022.

_____
GAGAN JASWAL
SUPERVISORY SPECIAL AGENT
INVESTIGATIONS AND INTELLIGENCE
SUPREME COURT OF THE UNITED STATES

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 3rd day of November 2022.*

_____
MOXILA A. UPADHYAYA
U.S. MAGISTRATE JUDGE